IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:91CR3066 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| WILLIAM COADY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the court's memorandum and order previously issued this date,

IT IS ORDERED that judgment is entered for the United States and against the defendant, providing that the defendant shall take nothing and the defendant's motion (filing 50) to vacate, set aside or the correct his sentence under 28 U.S.C. § 2255 is denied on the merits.

DATED: May 4, 2005.            BY THE COURT:

                                                      s/ Richard G. Kopf
                                                      United States District Judge